IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
_____ DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

AUG 22 2022

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

Marie Dudley )
_____, )
Plaintiff(s), )
)
v. )   Civil Action No.: 6:22CV00049
)   (To be assigned by Clerk of District Court)
Dinah Hupman )
McKenzie Wyatt, )
_____ )
Defendant(s). )
(Enter the full name(s) of ALL parties in this lawsuit.
Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List all Plaintiffs. State the full name of the Plaintiff, address and telephone number. Do the same for any additional Plaintiffs.

   a. Plaintiff No. 1

      Name: Patricia "Marie" Dudley

      Address: 1354 Chestnut Avenue, Buena Vista VA 24416

      Telephone Number: 540-319-0036

   b. Plaintiff No. 2

      Name: _____

      Address: _____

      Telephone Number: _____

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

      Name: Dinah Hupman

      Address: 20 East Preston St. Lexington, VA 24450

   b. Defendant No. 2

      Name: McKenzie Wyatt

      Address: 20 East Preston St. Lexington, VA 24450

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case. Federal courts also have jurisdiction over cases where the United States is a Defendant.

3. What is the basis for federal court jurisdiction?

   ☑ Federal Question    ☐ Diversity of Citizenship    ☐ Government Defendant

4. If the basis for jurisdiction is Federal Question, which Federal Constitution, statutory or treaty right is at issue? List all that apply.

   I am suing because of mental anguish, and all kinds of things,

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff No. 1: _____   State of Citizenship: _____

   Plaintiff No. 2: _____   State of Citizenship: _____

   Defendant No. 1: _____   State of Citizenship: _____

   Defendant No. 2: _____   State of Citizenship: _____

   **Attach additional sheets of paper as necessary and label this information as paragraph 5. Check here if additional sheets of paper are attached.** ☐

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Do not give any legal arguments or cite cases or statutes. Each paragraph must be numbered separately, beginning with number 6. Please write each single set of circumstances in a separately numbered paragraph.

6. My kids was illegally removed. There is mental anguish with me and my kids. I lost my job because of how things went down. I have to see tons of therapists and be on meds. DSS is not harassing me, trying to frame me and my daughter has now became suicidal & threatened to run away.

I keep having to take off from work and miss time because of all of these court dates.

DEMAND FOR JURY TRIAL: ☐ YES ☐ NO

Signed this 19 day of August 2022

Signature of Plaintiff No. 1 __Marie Dudley__

Signature of Plaintiff No. 2 _____

**NOTE: All Plaintiffs named in the caption of the complaint must date and sign the complaint. Attach additional sheets of paper as necessary.**

Attach additional sheets of paper as necessary and label them as Additional Facts and continue to number the paragraphs consecutively. Check here if additional sheets of paper are attached. ☐

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I want compensation for everything I have gone thru. I am asking for between 25,000-75,000. Also I'm going to keep fighting until my kids come home.